UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN and JO DEBRAND,
individuals,

        Plaintiffs,

v.

        Case No.: 8:19-cv-01678-CEH-SPE

DISCOVER PRODUCTS, INC.,
d/b/a DISCOVER BANK,
a/k/a DFS SERVICES, LLC,
a foreign for-profit corporation,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COME NOW**, Plaintiffs, JUAN and JO DEBRAND (hereinafter collectively, "Plaintiffs"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submit this *Notice of Pending Settlement,* and state:

1. Plaintiffs and Defendant, DISCOVER PRODUCTS, INC., d/b/a DISCOVER BANK, a/k/a DFS SERVICES, LLC, (hereinafter, "DP"), reached a conditional settlement regarding all claims in this case; the Parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with counsel for Defendant DP, and Defendant DP agrees to the relief sought herein.

Respectfully submitted,

**LEAVENLAW**

/s/ *Ian R. Leavengood*
**Ian R. Leavengood, Esq., FBN 010167**
**Philip M. Piazza, Esq. , FBN 092961**
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
ppiazza@leavenlaw.com

~and~

**Eva M. Donohue, PA.**
**Eva M. Donohue, Esq., FBN 576581**
P.O. Box 5074
Lakeland, FL 33807
Tel: (863) 687-6400
Fax: (863) 687-6440
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2020, I electronically filed a true and correct copy of the above and foregoing *Notice of Pending Settlement* via CM/ECF which will electronically serve the following counsel of record:

Mark E. Steiner, Esq.
Liebler, Gonzalez & Portuondo
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
service@lgplaw.com
*Attorneys for Defendant*

/s/ *Ian R. Leavengood*
Attorney

2