**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUAN and JO DEBRAND,
individuals,

      Plaintiffs,

v.

DISCOVER PRODUCTS, INC.,
d/b/a DISCOVER BANK,
a/k/a DFS SERVICES, LLC,
a foreign for-profit corporation,

      Defendant.
_____/

Case No.: 8:19-cv-01678-CEH-SPE

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOWS**, Plaintiffs, Juan and Jo DeBrand, and Defendant, Discover Products, Inc., d/b/a Discover Bank, a/k/a DFS Services, LLC, by and through their respective undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida, Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action as to Discover Products, Inc., d/b/a Discover Bank, a/k/a DFS Services, LLC, with prejudice.  By agreement, each side shall bear its own costs and attorneys' fees.

      Dated:  September 23, 2020

Respectfully submitted,

| | |
|---|---|
| **LEAVENLAW** | **LIEBLER, GONZALEZ & PORTUONDO** |
| /s/ *Ian R. Leavengood* | /s/ *Mark E. Steiner* |
| **Ian R. Leavengood, Esq., FBN 010167** | **Mark E. Steiner, Esq., FBN 28513** |
| **Philip M. Piazza, Esq., FBN 092961** | Liebler, Gonzalez & Portuondo |
| 3900 First Street North, Suite 100 | Courthouse Tower – 25th Floor |
| St. sPeterburg, FL 3373 | 44 West Flagler Street |
| Phone: (727) 327-3328 | Miami, FL 33130 |
| Fax:    (727) 327-3305 | Phone: (305) 379-0400 |
| consumerservice@leavenlaw.com | service@lgplaw.com |
| ppiazza@leavenlaw.com | mes@lgplaw.com |
| | *Attorney for Defendant* |

~and~

**Eva M. Donohue, PA.**
**Eva M. Donohue, Esq., FBN 576581**
P.O. Box 5074
Lakeland, FL 33807
Tel: (863) 687-6400
Fax: (863) 687-6440
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2020, I electronically filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice* via CM/ECF which will electronically serve the following counsel of record:

Mark E. Steiner, Esq.
Liebler, Gonzalez & Portuondo
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
service@lgplaw.com
*Attorneys for Defendant*

/s/ *Ian R. Leavengood*
Attorney