UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN DEBRAND and JO DEBRAND,

    Plaintiffs,

v.    Case No: 8:19-cv-1678-T-36SPF

DISCOVER PRODUCTS, INC.,

    Defendant.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 23). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 23).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on September 24, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record